UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  21-cr-00310-JD-1 |
| Plaintiff, | |
| v. | **PROPOSED VOIR DIRE** |
| SIMON KATZ, | |
| Defendant. | |

The Court will ask these voir dire questions for jury selection on July 13, 2026, which are based on the parties' proposed questions, Dkt. Nos. 363, 364, and the Court's practice.  They are in addition to the questions answered in the written questionnaires.  Objections or concerns about the voir dire questions may be raised on July 13, 2026, before the start of jury selection.  The parties are directed to bring with them on July 13, 2026, an up-to-date witness list to be used for Question 7 below.

**IT IS SO ORDERED.**

Dated:  July 7, 2026

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

United States District Court
Northern District of California

**VOIR DIRE QUESTIONS**

1. Counsel for the government will introduce themselves.  Do you know any of them?

2. Counsel for the defendant will introduce themselves and their client.  Do you know any of them?

3. A Special Agent with the Federal Bureau of Investigation, Benjamin Fierberg, is seated at the government's table.  Do you know Special Agent Fierberg?

4. Do you know Special Agent Jin Tae Kim, who works for the United States Department of Health and Human Services, Office of Inspector General?

5. Do you know anyone who works for the Federal Bureau of Investigation?

6. Do you know anyone who works for the Department of Health and Human Services, Office of Inspector General?

7. I'm going to read a list of some of the witnesses who may appear to testify.  Do you know any of them?

8. Have you or anyone close to you ever worked in the criminal justice system?

9. Do you have any training, education, or experience in criminal law?

10. Do you have any training, education, or professional experience with healthcare billing practices or claim payments?

11. Have you or anyone close to you ever been accused of fraud or misrepresentations, or of fraudulently concealing information?

12. In this case, you may hear from witnesses who committed crimes and who may be seeking some leniency in their own cases for providing testimony or evidence in this case.  While the law provides for you to view those witnesses with scrutiny, would you have difficulty evaluating such a witness's testimony fairly, and would you think that such a witness is less trustworthy simply because you don't believe the law should allow such witnesses to testify?

13. As a juror, your duty is to apply the law as I instruct you, regardless of whether you agree or disagree with it.  Do you have any reservations or concerns about that?

United States District Court
Northern District of California

14. In this case, the law requires proof beyond a reasonable doubt. Do you believe that the government should be held to a lower or higher standard than proof beyond a reasonable doubt?

15. The defendant is innocent unless and until the government proves him guilty beyond a reasonable doubt. Do you have any difficulty presuming the defendant to be innocent at this time? Do you think that the defendant must have done something wrong to be here today?

16. A defendant has a constitutional right not to testify at trial, and if he chooses not to testify, that cannot be held against him in any way. If the defendant here chooses not to testify, would that prevent you from returning a verdict of not guilty?

17. A defendant is not required to present any evidence or call any witnesses in his defense. If the defendant here chooses not to present a defense, would that prevent you from returning a verdict of not guilty?

18. If, after hearing all the evidence, you thought that the defendant was probably guilty but you were not convinced beyond a reasonable doubt, would you have trouble returning a verdict of not guilty?

19. If you find that a person is guilty beyond a reasonable doubt of a criminal offense, it is my duty as the judge to determine punishment. The law does not permit you to consider the issue of punishment or an appropriate sentence in reaching a verdict or for any other reason. Do you have any reservations or concerns about that?

20. As a juror, you are not to consider prejudice, pity, or sympathy in deciding whether a defendant is guilty or not guilty. Do you have any reservations or concerns about that?

21. Do you believe that you cannot sit in judgment of another person for any reason?

22. Have you read or heard anything about this case other than what you've heard here today?

23. Do you have any difficulty understanding or reading the English language?

24. Is there anything I have not asked you about that you believe could affect your ability to serve as a fair and impartial juror for the duration of this trial?