SHAWN HALBERT, ESQ. (CSBN 179023)
LAW OFFICES OF SHAWN HALBERT
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorney for Defendant
SIMON KATZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>        vs.<br><br>SIMON KATZ,<br><br>                          Defendant. | Case No.: 3:21-CR-00310-JD<br><br>**DEFENDANT SIMON KATZ'S PRELIMINARY WITNESS LIST**<br><br>Trial Date:      July 13, 2026<br>Time:             9:00 a.m.<br>Crtm:             19th Floor, Courtroom 11<br><br>Honorable James Donato |

   Defendant Simon Katz hereby submits his list of prospective witnesses who may be called to testify at trial of the above-captioned matter in the defendant's case-in-chief. In accordance with Mr. Katz's Sixth Amendment rights and so that the government's presentation of its case is not potentially affected by defense disclosure of potential impeachment witnesses before government witnesses have testified, this list does not include witnesses who would be called to testify if necessary for impeachment or rebuttal. The defense is prepared to submit additional information to the Court *ex parte* if requested. The defense adopts the government's statement, Dkt. 345 at 1, as follows: "The summary of expected testimony attempts to give the Court and the government a general overview of the expected content of each witness' testimony." However, [Mr. Katz]

respectfully requests that the Court not limit the examination of these witnesses to the precise contours of the matters summarized below." As did the government, *id.*, Mr. Katz further reserves his right to amend this list at any time before and during trial.

**Defendant Simon Katz's Preliminary Trial Witness List**
*United States v. Simon Katz*, Case No.: 3:21-CR-00310-JD

| Prospective Witness | Summary of Expected Testimony |
|---|---|
| Boris Kats | Defendant's father, Boris Kats, is expected to testify that Defendant had a Power of Attorney and authority to sign documents on behalf of his parents and will explain why Defendant had his signature stored on his laptop seized by the government. Should the government introduce evidence regarding cash and/or jewelry seized as the Katzes' home, the defense will introduce evidence as to Boris Kats's knowledge of Simon Katz's upbringing as it relates to finances, economic conditions, banks, and the family (influenced by culture and background) view of retention of cash and use of banks. |
| Tetyana Kats | Defendant's mother, Tetyana Kats, will testify that Defendant had a Power of Attorney and authority to sign documents on behalf of his parents, and will explain why she authorized Defendant to have her signature stored on his laptop seized by the government. Should the government introduce evidence regarding cash and/or jewelry seized as the Katzes' home, the defense will introduce evidence as to Tetyana Kats's knowledge of Simon Katz's upbringing as it relates to poverty, finances economic conditions and banks, and the family (influenced by culture and background) view of retention of cash and use of banks. |
| Scott Compton | Defense Investigator Scott Compton may testify as to his involvement in the defense investigation, including if necessary, his collection of relevant documents and his contacts with potential witnesses. |
| Masoumeh Mary Ahmadi | A registered nurse (RN), and named HealthNow's Administrator, Director of Nursing (DON), and Director of Patient Care Services in 2016, Ahmadi may testify as to her involvement in the inception of HealthNow and her ongoing role in the business. |
| Sabine Jiao | An Occupational Therapist, Ms. Jiao may testify about |

| | her work for HealthNow in 2016 her role in HealthNow's Professional Advisory Committee (PAC) in 2016. |
|---|---|
| Shelita Williams | A registered nurse (RN), and the Director of Nursing (DON) for HealthNow, and the Clinical Manager for a short period of time, Williams may testify about her relevant experiences working at HealthNow. |
| Wendy Inan | Ms. Inan, an LVN who cared for HealthNow's home health and hospice patients, may testify about her relevant experiences as an employee at HealthNow. |
| William Eidelman, M.D. | Dr. Eidelman may testify as to his role as HealthNow's Medical Advisor in 2016. |
| Gretchen Paghubasan | A registered nurse (RN), Paghubasan may testify as to her work and observations of government witnesses at HealthNow. |
| Eunice Torres | Ms. Torres, who started at HealthNow as a QA (Quality Assurance), may testify as to her relevant experience working at HealthNow in the front office with Vennessa Herrera, and Ms. Torres's role in Start of Care forms. |
| Joanna Tabije | Ms. Tabije, a Scheduler and Intake Coordinator at HealthNow, may testify about her time working at HealthNow in the front office and with intakes and scheduling. |

The defense also respectfully submits that it is endeavoring to determine whether it may call any of the witnesses listed in Government Physical Evidence 1B18. As the defense became aware of the role and significance of many of these witnesses only this week when going through boxes of documents seized on November 5, 2020, in the U.S. Attorney's Office, the defense does not yet have sufficient information upon which to make a determination.

DATED: July 9, 2026

Respectfully submitted,
 /s/ Shawn Halbert
 SHAWN HALBERT

DEFENDANT SIMON KATZ'S PRELIMINARY WITNESS LIST
CASE NO.: 3:21-CR-00310-JD