CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
KEVIN YEH (CABN 314079)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7200
    christiaan.highsmith@usdoj.gov
    kevin.yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>SIMON KATZ,<br><br>    Defendant. | Case No. 3:21-CR-310 JD<br><br>**UNITED STATES' NOTICE RE PROFFER**<br><br>Trial Date:    July 13, 2025<br>Courtroom:   11, 19th Floor<br>Judge:     Hon. James Donato |

The United States respectfully provides this notice to the Court and all relevant parties.

On January 14, 2022, defendant Simon Katz signed a proffer agreement with the government and participated in an interview with the government pursuant to that agreement on the same day. The agreement provides: the government "may use any statements made by [the defendant] at the meeting for any purpose (a) if [the defendant] testifies at any hearing or trial; or (b) to rebut any evidence offered, or factual assertions made, by or on behalf of [the defendant] at any stage of a criminal prosecution (including but not limited to . . . trial, or sentencing)."

Please take notice that the government will introduce Mr. Katz's proffer statements at trial if Mr. Katz testifies or if the defense offers evidence or makes arguments inconsistent with statements he made

NOTICE RE PROFFER
3:21-CR-310 JD
                1

during his proffer interview.

DATED: July 10, 2026                                    Respectfully submitted,

                                                       CRAIG H. MISSAKIAN
                                                       United States Attorney


                                                              /s/
                                                       CHRISTIAAN H. HIGHSMITH
                                                       KEVIN YEH
                                                       Assistant United States Attorneys