United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SIMON KATZ,<br>Defendant. | Case No. 21-cr-00310-JD-3<br><br>**VERDICT FORM** |

The Court will use this verdict form. Any concerns or objections may be raised before closing arguments on July 22, 2026.

**IT IS SO ORDERED.**

Dated: July 21, 2026

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SIMON KATZ,<br>Defendant. | Case No. 21-cr-00310-JD-3<br><br>**VERDICT FORM** |

We, the Jury in the above-entitled case, unanimously find as follows:

**COUNT ONE**

Has the government proven, beyond a reasonable doubt and in accordance with the instructions given to you, the defendant, SIMON KATZ, guilty as to Count One of the Indictment, charging Conspiracy to Commit Health Care Fraud in violation of 18 U.S.C. § 1347?

**YES, GUILTY** _____________

**NO, NOT GUILTY** _____________

---

You have reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

---

DATED: _______________, 2026 By:___________________________

Presiding Juror

United States District Court
Northern District of California