**FILED**

Jul 24 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

SIMON KATZ,

Defendant.

Case No. 21-cr-00310-JD-3

**VERDICT FORM**

We, the Jury in the above-entitled case, unanimously find as follows:

**COUNT ONE**

Has the government proven, beyond a reasonable doubt and in accordance with the instructions given to you, the defendant, SIMON KATZ, guilty as to Count One of the Indictment, charging Conspiracy to Commit Health Care Fraud in violation of 18 U.S.C. § 1347?

**YES, GUILTY** X

**NO, NOT GUILTY** ____________

You have reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: July 22nd, 2026

By: [signature]

Presiding Juror