# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: August 3, 2026 Judge: Hon. James Donato

Court Reporter: Ruth Levine Ekhaus
Time: 23 Minutes
Case No. **3:21-cr-00310-JD-3**
Case Name **USA v. Simon Katz (Custody)**

Attorney(s) for Government: Kevin Yeh
Attorney(s) for Defendant(s): Shawn Halbert
Pretrial Officer: Hannah Debois

Deputy Clerk: Lisa Clark

PROCEEDINGS

Motion Hearing -- Held

NOTES AND ORDERS

Defendant Katz's motion for release pending sentencing is denied pursuant to 18 U.S.C. § 3143(a)(1) for the reasons stated on the record. Defendant Katz has not established by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community if released.

Katz's reply brief, Dkt. No. 424, is accepted and deemed filed.

Sentencing is set for October 19, 2026, at 11:00 a.m. in Courtroom 11. The parties may propose to advance this date after discussing with the Probation Office. The parties' sentencing memoranda should address the imposition and amount of a criminal fine.