SHAWN HALBERT
California SBN 179023
Law Offices of Shawn Halbert
217 Leidesdorff Street
San Francisco, California 94111
Telephone: (415) 515-1570
shawn@shawnhalbertlaw.com

Attorney for Defendant
SIMON KATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SIMON KATZ,<br><br>Defendant. | CASE NO. 3:21-cr-00310-JD-003<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTIONS HEARING DATE FROM NOVEMBER 30, 2026 TO JANUARY 25, 2027, AND TO CONTINUE SENTENCING DATE TO FROM DECEMBER 14, 2026 TO FEBRUARY 2, 2026**<br><br>Court: Courtroom 11 – 19th Floor<br>Judge: Hon. James Donato |

The parties hereby stipulate as follows:

1. Simon Katz's sentencing date is currently set for November 30, 2026 at 11:00 a.m. Mr. Katz's sentencing date is currently set for December 14, 2026 at 11:00 a.m.
2. Undersigned defense counsel is currently in trial in *U.S. v. Thao et al*, CR-25-0003 YGR, which began on October 13, 2026. At the time the above hearings in this case were set, trial in *United States v. Thao et al* was expected to have concluded by Thanksgiving. However, yesterday, the Court indicated that trial in this matter will likely to extend into the second week of December 2026. Assuming that trial ends by December 16, 2026, undersigned

counsel has airline tickets to leave the country on that date. January 1, 2027 is a a court holiday, the Court is unavailable on January 8, 2027, and January 15, 2027 is a court holiday.

3. In light of the above, the parties stipulate that the date for hearing on defendant's post-trial motions should be continued to January 25, 2027 at 11:00 a.m., and that the sentencing should be continued to February 2, 2027 at 11:00 a.m.

4. The parties and U.S. Probation are available for the relevant dates above.

Dated: November 13, 2026

/s/________________________
SHAWN HALBERT
Counsel for Simon Katz

Dated: November 13, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/________________________
CHRISTIAAN H. HIGHSMITH
KEVIN YEH
Assistant United States Attorneys

[PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED that the date for hearing on defendant's post-trial motions shall be continued to January 25, 2027 at 11:00 a.m., and that the sentencing shall be continued to February 2, 2027 at 11:00 a.m.

IT IS SO ORDERED.

Dated:

______________________________
Honorable James Donato
United States District Court